Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 3/13/2015



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

GRD

IN RE:
MARRIAN DENISE JONES
2667 UNION RD
WHITE HOUSE, TN  37188

CASE NO. 13-00429-KL3-13
03/12/2015

SSN XXX-XX-9545

---

### ORDER TO PAY TRUSTEE

---

The above named debtor(s) having filed a petition under Chapter 13 of the Bankruptcy code and having submitted all future income to the jurisdiction of this Court in accordance with the statute

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor(s) named above shall pay the sum of **$593.75 BI-WEEKLY** and each succeeding period thereafter, at least monthly, to:

CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor(s) to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

cc:

 MARRIAN DENISE JONES
 MARK PODIS AND ASSOCIATES
 HENRY E. HILDEBRAND, III
 PAID DIRECT BY DEBTOR

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.